SALVÁ *v.* ESTATE OF BORRÁS.

APPEAL from the District Court of Humacao.

No. 15.—Decided March 21, 1905.

APPEAL—APPOINTMENT OF TRUSTEE.—An order of a district court directing the appointment of a trustee to manage the property involved in certain judicial proceedings is not an appealable order in accordance with the provisions of section 295 of the Code of Civil Procedure.

STATEMENT OF THE CASE.

This is a voluntary testamentary proceeding involving the will of Gerónima Ginart y Andreu, prosecuted before the District Court for the Judicial District of Humacao, by Juan Salvá y Ginart, wherein said court made an order under date of August 15, 1904, appointing a trustee to be placed in charge of and to manage the properties mentioned in the testament during the prosecution of the said proceedings, under the authority and direction of the court, and to receive the rents and products thereof and hold the same subject to

the disposition of the said court. An appeal was taken from the said order to the Supreme Court by counsel for the Estate of *Doña* Catalina Borrás y Ginart, and counsel for Juan Salvá filed a motion before the said court praying for the dismissal of the appeal on the ground, among others, that the said order was not an appealable order.

*Mr. José de Guzmán Benítez,* for petitioner.

*Mr. López Landrón,* for the contestant.

### DECISION OF THE COURT.

In view of the provisions of Section 295 of the Code of Civil Procedure, wherein are enumerated the decisions of district courts from which an appeal lies to the Supreme Court, and the decision rendered by the District Court for the Judicial District of Humacao on the 15th of August of last year not coming within the provisions of the said section, the motion herein filed is sustained; and, therefore, the appeal taken by Attorney Rafael López Landrón, as counsel for the Estate of Catalina Borrás y Ginart, from the said decision, is hereby dismissed, with costs against the appellant. This decision will be communicated to the District Court of Humacao for the proper purposes.

Chief Justice Quiñones, and Justices Hernández, Figueras, MacLeary and Wolf concurred.